**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 24, 2024
Docket #: 24-773
Short Title: The People of the State of New York v. Arm or Ally, LLC

DC Docket #: 1:22-cv-6124
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Jesse M. Furman

**REVISED NOTICE OF HEARING DATE**

**Argument Date/Time:** Wednesday, September 25, 2024 at 10:00am
**Location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, 15th Floor, Room 1505

| Time Allotment: | | |
|---|---|---|
| | The People of the State of New York | 5 mins (in person) |
| | United States of America | 5 mins (in person) |
| | Arm or Ally, LLC, et al | 5 mins (in person) |
| | Salvo Technologies, Inc., et al | 5 mins (in person) |
| | Blackhawk Manufacturing Group, Inc. | * via ZoomGov* |

The link for the zoom meeting is https://ca2-uscourts.zoomgov.com/j/1612594359?pwd=IBNVjCjokxKeSbHvwgGOQjRrRyGswp.1

Meeting ID: 161 259 4359
Passcode: 635066
---
One tap mobile
+16692545252,,1612594359#,,,,*635066# US (San Jose)
+16469641167,,1612594359#,,,,*635066# US (US Spanish Line)
---
Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 964 1167 US (US Spanish Line)
• +1 646 828 7666 US (New York)
• +1 415 449 4000 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)
• +1 669 216 1590 US (San Jose)

Meeting ID: 161 259 4359
Passcode: 635066

Only counsel and one co-counsel may dial in. All others must access the live stream, https://ww2.ca2.uscourts.gov/Court.html.

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument. When signing into the Zoom meeting, anyone presenting oral argument should cause their display name to read as follows:

[Case No.] – [Attorney Name] – [Party Representing]

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

See page 2 for additional information.

---

**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper. If filing electronically, you must use the "Notice of Telephonic Hearing Date Acknowledgement" event.**

Name of the Attorney/Pro Se presenting argument:
Firm Name (if applicable):
Current Telephone Number:

The above named attorney represents:
( ) Appellant/Petitioner    ( ) Appellee-Respondent ( )    Intervenor

Date: _____    Signature: _____

### NOTICE TO THE BAR

**Recording of Argument.** An audio recording of oral argument is available on the Court's website. In addition, a CD of an argument may be purchased for $32 per CD by written request to the Clerk. The request should include the case name, the docket number and the date or oral argument. CDs will be delivered by first class mail unless the request instructs to hold for pick-up or requests Federal Express Service, in which case a Federal Express account number and envelope must be provided.

**Court Reporters.** Parties may arrange - at their own expense - for an official court reporter to transcribe argument from a copy of the hearing tape or to attend and transcribe the hearing directly. A party must first obtain written consent from opposing counsel - or move the Court for permission - to have the court reporter attend and transcribe the hearing and must provide the calendar clerk written notice, including the name, address and telephone number of the attending reporter and, if applicable, the reporting firm at least one week prior to the hearing date.

**Interpreter Services for the Hearing Impaired.** Counsel requiring sign interpreters or other hearing aids must submit a written notice to the Calendar Team at least one week before oral argument.



# US 2nd Circuit Court of Appeals

Guidelines for Oral Arguments via Zoom

*It is the responsibility of the recipient to review these guidelines in preparation for Oral Arguments*

**Tech Check: Testing Your Camera, Mic, Display, & Headphones**

1. E-mail courtroom_av@ca2.uscourts.gov with the following information:
    a. Subject Line of e-mail should say **Courtroom Tech Check Request**
    b. Your name
    c. Date of your appearance before court
    d. Your availability for a tech check (M-F, 1pm-5pm ET)
    e. If you will be using an AV room system
2. Court personnel will confirm a time and send Zoom ID and Link info.
    a. Use the checklist at the bottom of the page to prepare
3. It is **STRONGLY recommended** that you use either headphones or earphones for both your test and the day of your appearance in court. This is to eliminate any and all echo, noise and feedback that occurs from speakers feeding back into the microphone causing unwanted noise in the courtroom. <u>If this issue occurs during court your case may be placed at the end of the day's proceedings while the panel continues onto the next case to give you time to fix your setup.</u>

**Tech Check Checklist**

- ☐ Camera
- ☐ Microphone
- ☐ Display
- ☐ Headphones/Earphones (wireless okay)
- ☐ Keyboard (You will need the ability to rename yourself appropriately for court)
- ☐ Strong Wired/Wireless Network Connection (No VPN, mobile data, or spotty WiFi)
- ☐ Business-suitable location/background/lighting (No silhouettes, TVs, coffee shops)
- ☐ Fully Charged Device or connected to power source
- ☐ Latest version of Zoom (Download here https://zoom.us/download)