# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** The People of the State of New York v. Arm or Ally   **Docket No.:** 24-773

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** AUSA Jeffrey Oestericher

**Firm:** U.S. Attorney's Office SDNY

**Address:** 86 Chambers Street, 3rd Floor

**Telephone:** (212) 637-2695   **Fax:** (212) 637-0033

**E-mail:** jeffrey.oestericher@usdoj.gov

**Appearance for:** United States of America/Intervenor-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: AUSA Benjamin Torrance )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 06/14/24   OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Jeffrey Oestericher

**Type or Print Name:** Jeffrey Oestericher