

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 21, 2025

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re: New York v. Arm or Ally, No. 24-773(L)
      Oral argument held September 25, 2024, before
      Judges Bianco, Menashi, and Lee

Dear Ms. Wolfe:

      The government respectfully submits this supplemental letter brief in response to the Court's October 3, 2024 order and following the government's initial submission dated April 9, 2025, addressing the effect of the U.S. Supreme Court's decision in *Bondi v. VanDerStok*, 604 U.S. __, 2025 WL 906503 (Mar. 26, 2025). The government's April 9 letter stated that the *VanDerStok* "decision confirms that the district court in this case was correct in holding that defendants' products are firearms under the [Gun Control Act], and its denial of defendants' motion to dismiss should be affirmed." Dkt. Entry 1281.1 at 5.

      On February 7, President Trump issued an Executive Order titled "Protecting Second Amendment Rights." E.O. 14,206, 90 Fed. Reg. 9503 (Feb. 7, 2025). Among other things, this Order directed the Attorney General to review all actions of executive departments and agencies to assess their impact on the right to bear arms. *Id.* at Sec. 2. As part of implementing the President's Executive Order, the Attorney General on April 8 created the Second Amendment Enforcement Task Force, which is devoted to protecting the Second Amendment rights of all Americans.

      Upon review of this case by the Task Force, the government has reconsidered its position in this case. The government's view is that the Supreme Court's decision in *VanDerStok* provided some clarity on the *regulatory* question of how best to apply the Gun Control Act to unfinished frames and receivers, but this interpretation should not serve as a basis for punishing gun manufacturers for conduct that the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) considered lawful at the time of the sales.

      The government further no longer wishes to be a party to this litigation. If and when this Court should remand this case to the District Court, the government would move to withdraw as a party to this case.

Thank you for your attention to this matter.

Respectfully,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By:    */s/ Jeffrey Oestericher*
JEFFREY OESTERICHER
Assistant United States Attorney
Tel.:   (212) 637-2695
Email: jeffrey.oestericher@usdoj.gov