# Cooper & Kirk
Lawyers
A Professional Limited Liability Company

Brian W. Barnes  
bbarnes@cooperkirk.com

1523 New Hampshire Avenue, N.W.  
Washington, D.C. 20036

(202) 220-9600  
Fax (202) 220-9601

June 20, 2025

**VIA CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court  
United States Court of Appeals for the Second Circuit  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

**RE:** ***The People of the State of New York v. Arm or Ally, LLC, et al., No. 24-773***

Dear Ms. Wolfe:

In its notice of supplemental authority, the State wrongly asserts that *Smith & Wesson Brands, Inc. v. Estados Unidos Mexicanos*, 605 U.S. __ (2025) ("Slip Op.") "has no bearing on this appeal." Doc. 136 at 1. In fact, *Smith & Wesson* is relevant in two critical ways.

First, the Court explained that the PLCAA precludes suits seeking to hold gun manufacturers liable for "downstream harms resulting from misuse of their products." Slip Op. at 15. The State's action falls squarely within this category. *See* A-139–41. Notably, although Mexico's suit in *Smith & Wesson* also included allegations of upstream misconduct by gun manufacturers, the Supreme Court nevertheless described it as "closely resembl[ing] the ones Congress had in mind"— it sought to hold manufacturers liable for "the harm caused by those who criminally or unlawfully use firearm[s]." Slip Op. at 15. Thus, the Supreme Court's reasoning forecloses the District Court's theory that the PLCAA bars only those suits that *solely* allege third-party misconduct. *See* Doc. 79 at 41 (citing A-182–83).

Second, the Supreme Court unanimously declined to adopt a "capacious" reading of the predicate exception that "would swallow most of the rule,"

1

underscoring that statutory exceptions must be interpreted narrowly. Slip Op. at 15. The predicate exception requires a plausible allegation that the gun manufacturer committed or aided and abetted a "gun-sale violation," *id.* at 2, a "violation[] of gun laws," *id.* at 4, or a "firearms violation," *id.* at 4, 14-15. In other words, "applicable" in the predicate exception refers to statutes specifically regulating the firearms industry—not statutes of general applicability. The State's argument that any state law capable of being applied to the firearms industry is a predicate law, Doc. 91 at 49, would swallow the PLCAA's rule. *See City of N.Y. v. Beretta U.S.A Corp.*, 524 F.3d 384, 402-03 (2d Cir. 2008).

In sum, the Supreme Court strongly reaffirmed that the PLCAA bars suits for downstream harm from the firearms industry's products. Slip. Op. at 1. The State's effort to lay the blame for third-party misconduct on Defendants would eviscerate that core purpose.

Sincerely,

/s/Brian W. Barnes
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
(202) 220-9600
bbarnes@cooperkirk.com

*Attorney for Defendants-Appellants Brownells, Inc., a/k/a Brownells or Bob Brownell's; Salvo Technologies, Inc., a/k/a 80P Builder or 80P Freedom Co.; Primary Arms, LLC; and Rock Slide USA, LLC*

Jonathan Y. Ellis
MCGUIREWOODS LLP
501 Fayetteville St.
Suite 500
Raleigh, NC 27601

V.R. Bohman
Cameron J. Schlagel
SNELL & WILMER L.L.P.
1700 S Pavilion Center Dr. #700
Las Vegas, NV 89135

919-755-6688
jellis@mcguirewoods.com

Jason Cowley
MCGUIREWOODS LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
704-343-2030
jcowley@mcguirewoods.com

Jean Paul Bradshaw, II
LATHROP GPM LLP
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108-2612
816-460-5507
Fax: 816-292-2001
jeanpaul.bradshaw@lathropgpm.com

Shoshanah Mae Shanes
LATHROP GPM LLP
7701 Forsyth Blvd.
Suite 500
Clayton, MO 63105
224-456-7099
shoshanah.shanes@lathropgpm.com

Tobias Jacob Fischer
MCGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020
212-548-2143
tfischer@mcguirewoods.com
*Attorneys for KM Tactical*

Tel: 702-784-5200
Fax: 702-784-5252
*Attorneys for Blackhawk Manufacturing Group, Inc.*

Steven Jay Harfenist
HARFENIST KRAUT &
PERLSTEIN, LLP
3000 Marcus Avenue
Suite 2e1
Lake Success, NY 11042
516-355-9600
Fax: 516-355-9601
sharfenist@hkplaw.com
*Attorney for Arm or Ally LLC*

Ryan Lawrence Erdreich
Richard Frederick Brueckner, Jr.
PISCIOTTI LALLIS ERDREICH
30 Columbia Turnpike
Suite 205
Florham Park, NJ 07932
973-245-8100
rerdreich@pisciotti.com
rbrueckner@pisciotti.com
*Attorneys for GS Performance, LLC, a/k/a Glockstore or GSPC*

Christopher Adams
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Ph. 973-639-2059
cadams@mccarter.com

Marjan Moussavian
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

3

Ph. 973-849-4053
mmoussavian@mccarter.com
*Attorneys for Rainier Arms, LLC*

Cc: All Counsel of Record via ECF.